```
                                                              FILED
                                                           May 4, 2009
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:09CR00196-GEB-01
      Plaintiff,        )
                                )   ORDER FOR RELEASE OF
v.                              )   PERSON IN CUSTODY
                                )
PIERCE ALEXANDER DANDRIDGE,     )
JR.,                            )
                                )
_____ )
      Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release PIERCE ALEXANDER DANDRIDGE, JR , Case No. 2:09CR00196-GEB-01 , Charge 18USC § 371; 18USC § 1344 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            ✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 4, 2009 at 2:00 pm .

                                By   /s/ Gregory G. Hollows
                                      Gregory G. Hollows
                                      United States Magistrate Judge

Copy 5 - Court