PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-196 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| MICHAEL LEON WILLIAMS, et. al. | |
| Defendant. | |

Defendants: MICHAEL LEON WILLIAMS and PIERCE ALEXANDER DANDRIGE, through their respective attorneys, PETER KMETO, and CHRISTOPHER HAYDN-MYER, and the United States of America, through its counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

1. The presently scheduled date of May 22, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for June 5, 2009 at 9:00 a.m..

2. Defense counsel have just recently been appointed. The initial discovery packet of approximately 3,000 pages will be provided within the next week. Therefore, counsel have not had an adequate opportunity to review said discovery. Additionally, it is likely that further discovery will be provided. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: May 20, 2009         /s/ SEAN C. FLYNN
                            Assistant U.S. Attorney
                            for the Government


Dated: May 20, 2009         /s/ PETER KMETO
                            Attorney for Defendant
                            MICHAEL LEON WILLIAMS


Dated: May 20, 2009         /s/ CHRISTOPHER HAYDN-MYER
                            Attorney for Defendant
                            PIERCE ALEXANDER DANDRIGE

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until June 5, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: May 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -