LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-0196-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROTECTIVE |
| ) | ORDER REGULATING DISCOVERY |
| v. ) | |
| ) | |
| PIERCE ALEXANDER DANDRIDGE, ) | |
| JR., and ) | |
| MICHAEL LEON WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

    Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Pierce Alexander Dandridge, Jr., et. al., stipulate and agree, and respectfully request that the Court order that:

    1.    The United States shall turn over its initial production of discovery in this case, which is bates numbered 00001-04482. While not every defendant in this matter may be entitled to each page of this discovery, disclosure of this material may better facilitate each defendant's preparation for trial and/or decision to resolve his case.

    2.    Certain of the documents contained in the government's first discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such

1

|   |   |   |
|---|---|---|
| 1 |    | personal identifying information includes, but is not |
| 2 |    | limited to, addresses, telephone numbers, driver's license |
| 3 |    | numbers, social security numbers and bank account numbers. |
| 4 |    | Any pages of discovery that contain no personal |
| 5 |    | identifying information are not subject to this order. |
| 6 | 3. | The Protected Material is now and will forever remain the |
| 7 |    | property of the United States.  The Protected Material is |
| 8 |    | entrusted to counsel for each defendant only for purposes |
| 9 |    | of representation in this case. |
| 10 | 4. | Counsel for each defendant shall not give Protected |
| 11 |    | Material or any copy of Protected Material to any person |
| 12 |    | other than counsel's staff, investigator, or retained |
| 13 |    | expert(s).  The terms "staff," "investigator," and |
| 14 |    | "expert" shall not be construed to describe any defendant |
| 15 |    | or other person not either regularly employed by counsel |
| 16 |    | or a licensed investigator or expert hired in this case. |
| 17 | 5. | Any person receiving Protected Material or a copy of |
| 18 |    | Protected Material from counsel for any defendant shall be |
| 19 |    | bound by the same obligations as counsel and further may |
| 20 |    | not give the Protected Material to anyone (except that the |
| 21 |    | Protected Material shall be returned to counsel). |
| 22 | 6. | Counsel shall maintain a list of persons to whom any |
| 23 |    | Protected Material, or copies thereof, have been given. |
| 24 |    | Such persons shall be shown a copy of this Stipulation and |
| 25 |    | Order and shall sign a copy of the Stipulation and Order |
| 26 |    | and note that they understand its terms and agree to them. |
| 27 | 7. | The defendants in this case may review the Protected |
| 28 |    | Material and be aware of its contents, but shall not be |

1 given control of the Protected Material or any copies
2 thereof.  Notwithstanding the foregoing, counsel are
3 permitted to provide each defendant with copies of
4 documents otherwise classifiable as Protected Material so
5 long as counsel completely redact _all_ personal identifying
6 information from those documents prior to providing them
7 to a defendant.
8   8. The foregoing notwithstanding, after the Trial
9 Confirmation Hearing in this case, counsel, staff, and
10 investigator for any defendant who has confirmed for trial
11 may make copies of the Protected Material for trial
12 preparation and presentation.  Any copies must, however,
13 remain in the possession of counsel, staff, investigator,
14 expert or the Court.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: June 1, 2009    By: /s/ Sean C. Flynn
    SEAN C. FLYNN
    Assistant U.S. Attorney

By: /s/ C. Haydn-Myer by SCF
DATE: June 1, 2009     CHRISTOPHER HAYDN-MYER
    Counsel for Pierce Dandridge

/ / / /

/ / / /

3

```
                                   By:   /s/ Peter Kmeto by SCF
DATE: June 1, 2009                       PETER KMETO
                                         Counsel for Michael Leon Williams
```

**SO ORDERED.**

DATE:   June 1, 2009.

```
                                         _____
                                         U.S. MAGISTRATE JUDGE
```