CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
PIERCE DANDRIDGE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PIERCE DANDRIDGE, Jr. and<br>MICHAEL WILLIAMS,<br><br>　　　　Defendants.<br>_____ | ) CR. NO. S-09-196 GEB<br>)<br>) STIPULATION; [PROPOSED] ORDER<br>)<br>)<br>) DATE: August 14, 2009<br>) TIME: 9:00 a.m.<br>) COURT: Hon. Garland E. Burrell,<br>) Jr.<br>)<br>)<br>) |

　　　Defendants, PIERCE DANDRIDGE, Jr., through Christopher Haydn-Myer, attorney at law, and MICHAEL WILLIAMS, through Peter Kmeto, attorney at law, and the United States of America, through Assistant U.S. Attorney Sean Flynn, agree as follows:

　　　It is hereby stipulated that the status conference currently set for August 14th, 2009 be vacated and a new status conference be scheduled on October 16th, 2009 at 9:00 a.m.

　　　It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to October 16th, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).  The request for additional time is to give the defendants time to review the over 4,000 pages of discovery and to adequately prepare.

```
1  Dated: August 12, 2009
2                                          Respectfully submitted,
3                                          /s/ Christopher Haydn-Myer
4                                          _____
                                           CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant
5                                          PIERCE DANDRIDGE, Jr.
6  Dated: August 12, 2009
                                           Respectfully submitted,
7
                                           /s/ Christopher Haydn-Myer for
8                                          _____
                                           PETER KMETO
9                                          Attorney for Defendant
                                           MICHAEL WILLIAMS
10
11
   DATED: August 12, 2009                  LAWRENCE BROWN
12                                         Acting United States Attorney
13                                         /S/ Christopher Haydn-Myer for
                                           _____
                                           SEAN FLYNN
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
15
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for August 14th, 2009 at 9:00 a.m. be vacated and a new status conference be scheduled on October 16th, 2009 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from today's date to October 16th, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated:  August 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2