PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-196 GEB |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| MICHAEL LEON WILLIAMS, et. al. ) | |
| Defendant. ) | |

Defendants: MICHAEL LEON WILLIAMS and PIERCE ALEXANDER DANDRIGE, through their respective attorneys, PETER KMETO, and CHRISTOPHER HAYDN-MYER, and the United States of America, through its counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

1. The presently scheduled date of December 11, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for January 29, 2010 at 9:00 a.m..

2. Defense counsel's review of voluminous discovery continues and defendant, MICHAEL LEON WILLIAMS, is now recovering from major surgery which impacts his ability to discuss the case with counsel. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  December 9, 2009               /s/ SEAN C. FLYNN
                                        Assistant U.S. Attorney
                                        for the Government


Dated:  December 9, 2009               /s/  PETER KMETO
                                        Attorney for Defendant
                                        MICHAEL LEON WILLIAMS


Dated:  December 9, 2009               /s/ CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        PIERCE ALEXANDER DANDRIGE

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until January 29, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: December 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge