1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: MICHAEL LEON WILLIAMS
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )   No. CR-S-09-196 GEB
                                        )
10              Plaintiff,              )
                                        )   STIPULATION AND ORDER
11      vs.                             )   CONTINUING STATUS
                                        )   HEARING
12  MICHAEL LEON WILLIAMS, et. al.      )
                                        )
13              Defendant.              )
   _____)

14

15      Defendants: MICHAEL LEON WILLIAMS and PIERCE ALEXANDER

16  DANDRIGE, through their respective attorneys, PETER KMETO, and

17  CHRISTOPHER HAYDN-MYER, and the United States of America, through its

18  counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

19      1. The presently scheduled date of March 19, 2010 for Status Hearing shall

20      be vacated and said Hearing be rescheduled for June 11, 2010 at 9:00 a.m..

21      2. Defense counsel's review of voluminous discovery continues and defendant,

22      MICHAEL LEON WILLIAMS, is now undergoing daily radiation therapy which

23      impacts his ability to discuss the case with counsel and makes him unavailable to

24      come to court. The treatment is to last seven to eight weeks. Accordingly, the

25      parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A)

26      [Local Code T4] – additional time to adequately prepare for pretrial

27      proceedings.

28                                - 1 -

1    IT IS SO STIPULATED.

2    Dated:   March 18, 2010                    /s/ SEAN C. FLYNN

3                                               Assistant U.S. Attorney
                                                for the Government
4

5

6    Dated:   March 18, 2010                    /s/   PETER KMETO

                                                Attorney for Defendant
7                                               MICHAEL LEON WILLIAMS

8

9
     Dated:   March 18, 2010                    /s/ CHRISTOPHER HAYDN-MYER
10
                                                Attorney for Defendant
11                                              PIERCE ALEXANDER DANDRIGE

12

13                              ORDER

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

15   ordered that the hearing for STATUS HEARING be continued as set forth above.

16       The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)

17   and Local Rule T-4 until June 11, 2010 for continuity of defense counsel and time

18   to permit defense counsel to prepare and properly advise his client.

19
     Dated:  March 18, 2010
20

21

22   _____
     GARLAND E. BURRELL, JR.
23   United States District Judge

24

25

26

27

28                              - 2 -